**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>MONSTER CONCRETE PUMPING, a Nevada corporation; DONALD WADE GRABB, individually;<br><br>    Defendants. | CASE NO.: 2:10-cv-00956-PMP-PAL<br><br>**JUDGMENT AND ORDER AGAINST MONSTER CONCRETE PUMPING AND DONALD WADE GRABB** |

Upon application by Plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of MONSTER CONCRETE PUMPING, a Nevada corporation; and DONALD WADE GRABB individually, was entered on August 11, 2010, in the office of the Clerk of this Court; and that no proceedings have been taken by Defendants since default was entered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS

1

1  JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING
2  ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, shall recover from Defendants, MONSTER
3  CONCRETE PUMPING, a Nevada corporation; and DONALD WADE GRABB individually, jointly
4  and severally, plus post-judgment interest at the rate of four percent (4%) per annum from the entry of
5  this judgment, the following amounts:

|  |  |
|---|---|
| Unpaid Contributions | $48,915.28 |
| Liquidated Damages | $5,125.57 |
| Pre-judgment Interest | $5,071.07 |
| Audit Fees | $200.00 |
| Attorneys Fees | $11,607.00 |
| Costs | $587.48 |
| **Total** | **$71,506.40** |

Dated: September 9, 2010

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

_____
MICHAEL A. URBAN, Nevada State Bar No. 3875

2